UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
XHEVDET BAKRAQI,

                      Plaintiff,

       -against-

**ORDER**

05 CV 4056 (RJD) (CLP)

DISTRICT DIRECTOR, US CITIZENSHIP and
IMMIGRATION SERVICES, et al.,

                    Defendants.
------------------------------------------------------------X
DEARIE, District Judge.

On May 12, 2006, Magistrate Judge Cheryl L. Pollak issued a Report and Recommendation pursuant to 28 U.S.C. § 636(b)(1), recommending that this case be dismissed for lack of prosecution. The Court has reviewed the Report and Recommendation, and no objections have been filed. The Court adopts Magistrate Judge Pollak's Report and Recommendation without qualification. The Clerk of the Court is directed to close this case.

SO ORDERED.

Dated: Brooklyn, New York
       June 7, 2006

                                              s/ Judge Raymond J. Dearie

                                              RAYMOND J. DEARIE
                                              United States District Judge